B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re Ilene Wilma Joell                    ,            Case No. 19-59632-SMS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust | U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 Fifth Street, Eureka, CA 95501

Court Claim # (if known): 9
Amount of Claim: $185,923.49
Date Claim Filed: 08/20/2019

Phone: 800-603-0836
Last Four Digits of Acct #: 7357

Phone: 800-603-0836
Last Four Digits of Acct. #: 7357

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Haley Harrison                    Date: 05/19/2020
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

```
DEED B: 57345 P: 00174
03/26/2020 01:13:25 PM Pgs: 2 Fees:  $ 25.00
Richard T. Alexander, Jr., Clerk of Superior Court
Gwinnett County, Georgia
```

Space above for Recorder's use

Loan No:

## ASSIGNMENT OF SECURITY DEED

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CABANA SERIES IV TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain Security Deed, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Security Deed: **1/8/2007**
Original Loan Amount: **$138,000.00**
Executed by (Borrower(s)): **HENRY W JOELL & ILENE W JOELL**
Original Lender: **COUNTRYWIDE HOME LOANS, INC.**
Filed of Record: In Book **47504**, Page **0020**
Document/Instrument No: **0013165** in the Recording District of **GWINNETT**, **GA**, Recorded on **1/24/2007**.

Property more commonly described as: **1183 SPRUCE CREEK LN, LAWRENCEVILLE, GEORGIA 30045-7210**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **1/31/2020**

**US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: **ERICA MONTERO**
Title: **VICE PRESIDENT**

Witness Name: **NEYSHA CANCEL**

Witness Name: **DAVID SUNDWALL**

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of        **FLORIDA**
County of    **PINELLAS**

On **1/31/2020**, before me, **CHRISTOPHER STAFFORD**, a Notary Public, personally appeared **ERICA MONTERO, VICE PRESIDENT** of/for **MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify **ERICA MONTERO** signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____

(Notary Name): **CHRISTOPHER STAFFORD**
My commission expires: **1/22/2022**

CHRISTOPHER STAFFORD
Commission # GG 177634
Expires January 22, 2022
Bonded Thru Budget Notary Services

## CERTIFICATE OF SERVICE

      This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Mary Ida Townson, Esq.
Chapter 13 Trustee
Via Electronic Notice

R. Jeffrey Field, Esq.
Attorney for Debtor
Via Electronic Notice

Ilene Wilma Joell
1183 Spruce Creek Lane
Lawrenceville, GA 30045

Henry W. Joell*
1183 Spruce Creek Lane
Lawrenceville, GA 30045
    *Co-Debtor

    This 19th day of May, 2020.

                                                      /s/ Marc E. Ripps
                                                      Marc E. Ripps
                                                      Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com